IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL COLEMAN,<br><br>    Petitioner,<br><br>vs.<br><br>ROB JEFFREYS, Director;<br><br>    Respondent. | 8:23CV454<br><br>MEMORANDUM AND ORDER |

  This matter is before the Court on its own motion. The Court's Memorandum and Order, Filing No. 8, dated April 1, 2024, was entered in error because Petitioner has already paid the filing fee. That order will be vacated. The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business.

  IT IS SO ORDERED.

  Dated this 8th day of April, 2024.

                BY THE COURT:

                *Joseph F. Bataillon*
                Joseph F. Bataillon
                Senior United States District Judge