IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL COLEMAN,<br><br>          Petitioner,<br><br>vs.<br><br>ROB JEFFREYS, Director;<br><br>          Respondent. | 8:23CV454<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Petitioner's Motion for an Extension of Time to File a Brief in Response to the Respondent's Answer, Filing No. 35, filed by Petitioner Michael Coleman. Upon consideration,

IT IS ORDERED that:

1. Petitioner's Motion, Filing No. 35, is granted, and Petitioner's brief filed on November 11, 2025, Filing No. 36, is deemed timely.

2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **December 12, 2025**: Respondent's reply brief due.

Dated this 13th day of November, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge